Motion GRANTED
This the 20th day of August, 2025.

LOUISE W. FLANAGAN, United States District Judge

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO: 7:22-CR-69-BO(4)

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | MOTION TO SEQUESTER |
| COREY CARROLL, ) | GOVERNMENT WITNESSES and |
| Defendant ) | INCORPORATED MEMORANDUM |
| ) | OF LAW |

NOW COMES, Corey Carroll ("Mr. Carroll"), by and through counsel of record, and pursuant to Rule 615 of the Federal Rules of Evidence hereby moves this Court for an order sequestering all witnesses the government intends to call during trial.

### MEMORANDUM IN SUPPORT

On or about 18 May 2022, Mr. Carroll was indicted in a multi-count Indictment, alleging Mr. Carroll knowingly and intentionally conspired with other persons to knowingly and intentionally distribute and possess with the intent to distribute cocaine and fentanyl.

Rule 615 of the Federal Rules of Evidence provides:

At a party's request, the court must order witnesses excluded from the courtroom so that they cannot hear other witnesses' testimony. Or the court may do so on its own. But this rule does not authorize excluding: (1) a party who is a natural person; (2) once officer or employee of a party that is not a natural person if that officer or employee has been designated as the party's representative by its attorney; (3) any person whose presence a party shows to be essential to presenting the party's claim or defense, or (4) a person authorized by statute to be present.

Rule 615 provides for the exclusion of witnesses as a matter of right, once a request is made, the court "shall" sequester the witnesses. See *United States v. Farnham*, 791 F.2d 331, 334-35 (4th Cir. 1986). Rule 615 is designed to aid the truth-seeking process by denying the opportunity for witnesses to collude or for one witness to tailor his testimony to the testimony of