IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-69-FL

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| COREY CARROLL, | ) | |
| | ) | |
| Defendant. | ) | |

This matter came before the court on August 25, 2025, for telephonic administrative conference on scheduling, following reassignment to the undersigned. Defendant appeared through counsel, Thomas Reston Wilson, and the government appeared through counsel, Timothy M. Severo.

At conference, the court advised the parties that the clerk of court has calculated that the time under the Speedy Trial Act of 1974, as amended, 18 U.S.C. § 3161(c)(1), expires on January 25, 2026. However, where multiple motions, including defendant's second motion to suppress (DE 116), remain pending, and where "delay resulting from any pretrial motion" is excluded from computation of the time within which trial must commence, the January 25, 2026, deadline necessarily will be extended. Id. § 3161(h)(1)(D). Accordingly, trial now set for the December 2025 term of court is DISCONTINUED.

In response to the court's questioning, counsel for defendant advised that he has not yet had opportunity to review the files subject of June 25, 2025, sealed order, and counsel for the government indicated that one month should be sufficient time for such files to be made available to counsel for defendant. Upon completion of such review on or before September 25, 2025,

counsel for defendant is DIRECTED to file under seal notice, stating that such review has been completed, informing the court of any perceived necessity to file additional motion(s), indicating the government's position on such filing, and proposing a briefing schedule. If counsel for defendant is unable to complete review of files subject of June 25, 2025, order by that time, the government is DIRECTED to file notice under seal on or before September 25, 2025, showing cause why such review was not possible and proposing new timeline for completion of the same.

In its order resolving defendant's second motion to suppress, if that is the last resolved of the motions now pending, the court will notice trial scheduling conference to be held prior to the expiration of the speedy trial deadline.

The court notes counsel for defendant's desire that defendant be transferred from facility in Franklin County to a facility closer to New Bern, not including any facility in Onslow County.

SO ORDERED, this the 26th day of August, 2025.

_____
LOUISE W. FLANAGAN
United States District Judge