UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-69-EWH

UNITED STATES OF AMERICA      )
                                  )   <u>ORDER TO SEAL</u>
                                  )

      v.

COREY CARROLL

Upon motion of the United States, it is hereby ORDERED that the Motions and Orders for DE# 160 and 161 by the Government in the above-captioned case, be sealed.

It is FURTHER ORDERED that the Clerk may unseal and provide the documents in DE# 160 and 161 to provide copies of the United States Attorney's Office, which they may provide to defense counsel.

It is FURTHER ORDERED that the Clerk unseal the motions when upon motion of the United States Attorney's Office or order of the Court.

This the __2nd__ day of _____April_____, 2026.

_____/s/_____
ELIZABETH W. HANES
United States District Court Judge