IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

NO. 7:22-CR-69-EWH

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER |
| COREY CARROLL | ) | |
| | ) | |

This matter comes before the Court on the Government's motion to continue the trial currently schedule for the week of April 20, 2026.

For good cause shown, the motion is ALLOWED. The trial is continued to __August 11-14__, 2026.

IT IS FURTHER ORDERED that any delay that results from this continuance is hereby excluded from the Speedy Trial Act computation pursuant to 18 U.S.C. . § 3161(h)(3)(A) and 18 U.S.C. § 3161(h)(7) for the reason that the ends of justice served by granting this continuance outweigh the best interest of the public and defendant in a speedy trial.

SO ORDERED, this __2nd__ day of __April__, 2026.

_____/s/_____
ELIZABETH W. HANES
United States District Judge