**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NORTH CAROLINA**
**Southern Division**

**UNITED STATES OF AMERICA**

**v.** **CRIMINAL NO. 7:22-cr-69**

**COREY CARROLL,**

**Defendant.**

**ORDER ACCEPTING PLEA OF GUILTY**

This matter is before the Court for consideration of a Memorandum and Recommendation by the Magistrate Judge recommending that the Court accept the Defendant's plea of guilty to the specified charge in the pending matter pursuant to a plea hearing proceeding conducted by the Magistrate Judge with the consent of the Defendant and counsel. It appearing that the Magistrate Judge made full inquiry and findings pursuant to Rule 11; that the Defendant received notice of the right to file specific objections to the Memorandum and Recommendation; and that no objections have been asserted within the prescribed time period, it is hereby

ORDERED that the Memorandum and Recommendation and findings of the Magistrate Judge are ADOPTED, the Court ACCEPTS the Defendant's guilty plea to Count 2 of the Indictment. The Court DIRECTS the Probation Office to conduct a presentence investigation and prepare a report pursuant to Federal Rule of Criminal Procedure 32.

Date: September 1, 2026

/s/
Elizabeth W. Hanes
United States District Judge